UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MAX DAEE and TONI DAEE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 3:13-1332 |
| | ) Judge Aleta A. Trauger |
| JPMORGAN CHASE BANK, N.A., | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motion to Amend and Motion for Partial Summary Judgment filed by the plaintiffs Max and Toni Daee (Docket Nos. 96, 110) are **DENIED**. The Motion for Summary Judgement filed by the defendant JPMorgan Chase Bank, N.A. (Docket No. 102) is **GRANTED** and the Daees' claims are **DISMISSED WITH PREJUDICE**.

Entry of this Order shall constitute judgment in the case.

It is so **ORDERED**.

Enter this 18th day of May 2016.

_____
ALETA A. TRAUGER
United States District Judge