IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MAX DAEE, et al. ) | |
| ) | |
| v.  ) | NO. 3:13-1332 |
| ) | JUDGE TRAUGER |
| JPMORGAN CHASE BANK, N.A. ) | |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/18/2016 as to the order entered 5/18/2016 at DE#125.

KEITH THROCKMORTON, CLERK
s/Dalaina Thompson, Deputy Clerk